IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLADIS VELASQUEZ VELASQUEZ, <br> A201-895-927, <br><br> *Petitioner*, <br><br> V. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, in her official capacity as U.S. Attorney General; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; MIGUEL VERGARA, in his official capacity as Director of the ICE San Antonio Field Office; and JOSE RODRIGUEZ, JR., in his official capacity as Warden of the Dilley Immigration Processing Center, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-26-CV-01024-FB |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court are the Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1) and Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") (ECF No. 2), filed by Petitioner Gladis Velasquez Velasquez ("Petitioner"), who is currently detained in the Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

>Stephanie Rico, the Civil Process Clerk
>United States Attorney's Office, Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, TX 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve Respondent Jose Rodriguez, Jr., Warden of the Dilley Immigration Processing Center, with copies of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order.  Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested. Service should be directed to:

> Jose Rodriguez, Jr., Warden
> Dilley Immigration Processing Center
> 300 El Rancho Way
> Dilley, TX 78017.

IT IS FURTHER ORDERED that **Respondents shall file a response to the Petition (ECF No. 1) and Motion (ECF No. 2) within five (5) days of the date of service.**

IT IS FURTHER ORDERED that, **if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.**

IT IS FINALLY ORDERED that **any possible or anticipated removal or transfer of Petitioner is IMMEDIATELY STAYED[1] until further order from this Court.  Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court.**  Of course, this stay does not preclude Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

It is so ORDERED.

SIGNED this 18th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] *See Maldonado v. Lyons*, Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").